**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ERIK ALAN FURDERO,

    Plaintiff,

vs.

DISH NETWORK L.L.C.,

    Defendant.

CASE NO. 1:18-cv-00379-GJQ-PJG

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Erik Alan Furdero ("Plaintiff") and Defendant DISH Network L.L.C. ("DISH"), through counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that the above-captioned civil action be dismissed, with prejudice, with each party to bear its and his own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| /s/ Nathan C. Volheim | /s/ Eric L. Zalud |
| NATHAN C. VOLHEIM (IL #6302103) | Eric L. Zalud |
| SULAIMAN LAW GROUP, LTD. | Anthony C. Sallah |
| 2500 South Highland Ave., Suite 200 | BENESCH, FRIEDLANDER, COPLAN |
| Lombard, Illinois 60148 |   & ARONOFF LLP |
| (630) 575-8181 | 200 Public Square, Suite 2300 |
| f: (630) 575-8188 | Cleveland, OH 44114 |
| nvolheim@sulainmanlaw.com | Telephone:  216-363-4500 |
| *Attorneys for Plaintiff* | Facsimile:  216-363-4588 |
| | Email:  ezalud@beneschlaw.com |
| |     asallah@beneschlaw.com |

James B. Doezema
FOSTER SWIFT COLLINS & SMITH PC
1700 East Beltline, N.E., Suite 200
Grand Rapids, MI 49525
616-726-2205 Telephone
616-726-2299 Facsimile
jdoezema@fosterswift.com
*Attorneys for Defendant DISH Network L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2018, a copy of the foregoing *Stipulation of Dismissal with Prejudice* was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

*/s/ Nathan C. Volheim*
*One of the Attorneys for Plaintiff Erik Alan Furdero*

11379134 v1