**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ERIK ALAN FURDERO,

Plaintiff,

v.

DISH NETWORK L.L.C,

Defendant.

Case No.: 1:18-cv-00397-GLQ-PJG

Honorable Gordon J. Quist

Honorable Magistrate Phillip J. Green

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, ERIK ALAN FURDERO ("Plaintiff"), by and through his attorneys, having filed with this Court his Agreed Stipulation of Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

DISTRIBUTION:

Dated: August 27, 2018

/s/ Gordon J. Quist
Judge, U.S. District Court